UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

| | |
|---|---|
| EMSAT ADVANCED GEO-LOCATION TECHNOLOGY, LLC AND LOCATION BASED SERVICES LLC, | ) CASE NO. 3:09-CV-0007 <br> ) <br> ) JUDGE JOHN P. BAILEY |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES CELLULAR CORPORATION, | ) |
| Defendant. | ) |

## ORDER

CONSIDERING THE FOREGOING JOINT MOTION TO TRANSFER;

IT IS ORDERED that this matter be and is hereby transferred to the United States District Court for the Northern District of Ohio.

This **6th** day of **October**, 2009.

JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA